UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC BISHOP, for himself and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>–against–<br><br>TIME OUT MARKET (NEW YORK), LLC,<br><br>Defendant. | 20 CV 02064 (ER) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to the above-entitled matter, that pursuant to Federal Rules of Civil Procedure 4l(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without costs or fees to one party as against the other, except as otherwise agreed by the parties herein.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Dated: New York, New York                Facsimile: (212) 229-2246
          July 22, 2020                **ATTORNEYS FOR PLAINTIFF**

1

SQUIRE PATTON BOGGS (US) LLP

By: _____

Lauren Herz
lauren.herz@squirepb.com
1211 Avenue of the Americas, 26th Floor
New York, NY  10036
Telephone: (212) 872-9820
Facsimile: (212) 872-9815

Dated:  New York, NY

July·22,·2020
_____

**ATTORNEYS FOR DEFENDANT**

**So ordered.**

Dated:  New York, New York

_____

_____

Edgardo Ramos,
United States District Judge